MINNIE MANCHIK, Respondent, *v.* PINELAWN CEMETERY, Respondent, et al., Appellant.

Argued November 29, 1943; decided January 13, 1944.

*Lewis C. Evans* for appellant.

*C. Elmer Spedick* and *Arthur L. Reuter* for plaintiff-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.